# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRIOS KASTIS,<br><br>    Plaintiff,<br><br>    v.<br><br>JOE ALVARADO,<br><br>    Defendant. | Case No. 1:18-cv-01325-AWI-SAB<br><br>AMENDED ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 2) |

    Plaintiff Dimitrios Kastis[1] ("Plaintiff"), proceeding pro se in this action, filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 on September 26, 2018. (ECF No. 2.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

    Accordingly, the Court GRANTS Plaintiff's motion to proceed in forma pauperis.

IT IS SO ORDERED.

Dated: **October 4, 2018**

                                             UNITED STATES MAGISTRATE JUDGE

---

[1] This amended order has issued to correct the spelling of the plaintiff's name.