AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT



Eastern District of California

                                                        **OCT 08 2019**
                                                        CLERK, U.S. DISTRICT COURT
                                                        EASTERN DISTRICT OF CALIFORNIA
                                                        By _____ DEPUTY CLERK

Plaintiff (s),

V.

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

Defendant (s),

CASE NUMBER: 1:18-CV-01325 DAD-BAM

Notice is hereby given that, subject to approval by the court, Dimitrios Kastis (Party (s) Name) substitutes

Lewis Khashan (Name of New Attorney), State Bar No. 275906 as counsel of record in

place of Dimitrios Kastis, in pro per (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Khashan Law Firm, APC
Address: 38975 Sky Canyon Drive #201 Murrieta 92563
Telephone: (951) 461-2387  Facsimile (909) 658-8981
E-Mail (Optional): Lewis@Khashanlaw.com

I consent to the above substitution.
Date: 9/13/19
(Signature of Party (s))

I consent to being substituted.
Date: 9/13/19
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/13/19
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 10/8/19
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]