UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRIOS KASTIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF CLOVIS; and JOE ALVARADO,<br><br>　　　　　Defendants. | Case No. 1:18-cv-01325-DAD-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER TO CONTINUE DATE TO FILE MOTION TO AMEND PLEADINGS OR ADD NEW PARTIES**<br><br>(Doc. 52) |

On March 29, 2021, the parties filed a joint stipulation requesting modification of the Scheduling Order deadline for Plaintiff Dimitrios Kastis to file a motion to amend the pleadings or add new parties from June 18, 2021 to August 18, 2021. (Doc. 52.) The parties explain that the extension of time is necessary because new defense counsel will be substituting into this case and will need time to become familiar with the matter and to respond to Plaintiff's recently served discovery. Plaintiff agreed to allow Defendant Joe Alvarado a 60-day extension of time to respond to the discovery requests provided that Plaintiff is allowed a 60-day continuance of the deadline to file a motion to amend the pleadings or add new parties. The parties indicate that additional time is necessary so that Defendants are not prejudiced while the matter is transitioned to counsel that will be handling the matter. (*Id.*)

///

1

1    Having considered the parties' stipulation, and good cause appearing, the request to
2 modify the Scheduling Order to extend the deadline for Plaintiff to file a motion to amend the
3 pleadings or to add new parties is HEREBY GRANTED**.**  The deadline for Plaintiff to file a
4 motion to amend the pleadings or to add new parties is CONTINUED to **August 18, 2021**.

IT IS SO ORDERED.

Dated:   **March 31, 2021**                         /s/ *Barbara A. McAuliffe*
                                                                        UNITED STATES MAGISTRATE JUDGE

2