# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRIOS KASTIS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CLOVIS; et al.<br>Defendants. | CASE NO. 1:18-cv-01325-DAD-BAM<br>*Assigned to Hon. Dale Drozd, Courtroom 5*<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST TO AMEND SCHEDULING ORDER<br><br>Complaint Filed:  09/26/2018<br>Trial Date:         None |

The Court has reviewed the parties' **Joint Stipulation to Amend Scheduling Order,** filed on March 15, 2022. (ECF No. 69.) <u>The Court notes that settlement discussions are not good cause for a continuance</u>.  However, in the interest of justice, the Court **GRANTS** the parties' Stipulation to amend the Scheduling Order. Accordingly, the Court ORDERS the Scheduling Order to be amended as follows:

/ / /

/ / /

/ / /

1

[~~PROPOSED~~] ORDER GRANTING REQUEST TO AMEND SCHEDULING ORDER

/ / /

| MATTER | CURRENT DATE | NEW DATE |
|---|---|---|
| Non-expert Discovery Cut-off | 6/30/2022 | **8/30/2022** |
| Initial Expert Disclosure | 07/29/2022 | **9/29/2022** |
| Supplemental Expert Disclosure | 8/26/2022 | **10/28/2022** |
| Expert Discovery Cutoff | 9/30/2022 | **11/30/2022** |
| Pre-trial Motion Filing Deadline | 10/28/2022 | **12/30/2022** |
| Pre-trial Conference | 4/10/2023 | **No Change** |
| Trial | None Set | **None Set** |

Any further requests for a continuance shall be supported by good cause.

IT IS SO ORDERED.

Dated: __March 16, 2022__          /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE