UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRIOS KASTIS,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF CLOVIS, et al.,<br><br>        Defendants. | Case No. 1:18-cv-01325-DAD-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER**<br><br>(Doc. 71.) |

Currently before the Court is the parties' joint stipulation to modify the Scheduling Order, which was filed on July 22, 2022. (Doc. 71.) In support of the request for modification, the parties explain that counsel for Plaintiff lost contact with their client Plaintiff Dimitrios Kastis for several months during a period of time when Mr. Kastis was hospitalized. During the time that Mr. Kastis could not be located, Defendants were unable to depose him. The parties now request modification of the Scheduling Order to allow for sufficient time to complete necessary discovery in this matter. (*Id.* at 2.)

Having considered the stipulation, and good cause appearing, the parties' request for modification of the Scheduling Order is GRANTED. The Scheduling Order is modified as follows:

    Non-Expert Discovery Cutoff                      12/28/2022

    Initial Expert Disclosure                              1/30/2023

| | | |
|---|---|---|
| Supplemental Expert Disclosure | | 2/28/2023 |
| Expert Discovery Cutoff | | 3/31/2023 |
| Pretrial Motion Filing Deadline | | 4/28/2023 |

In addition to the foregoing, the Pretrial Conference currently set for April 10, 2023, is CONTINUED to September 25, 2023, at 1:30 p.m. in Courtroom 5 (DAD) before District Judge Dale A. Drozd. No trial date has been scheduled in this action.

IT IS SO ORDERED.

Dated: **July 25, 2022**            /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE

2